# EXHIBIT 3



**Atari Retro Faded**
Design by Swag by CCDesign
$25 $20

**I WANT TO BELIEVE**
Design by Mauru
$30 $24

**Abide**
Design by Gamma Bomb - Explosively Mutating Your Look
$30 $24

**Stark Corporation Computer systems 1980**
Design by SerifsAndWhiskey
$30 $24


50% OFF
**The Invaders Must Die**
Design by Santiago Sarquis's Artist Shop
$25 $12.50


19% OFF
**Dig Dug Up, Up and Away**
Design by Redbeanfiend's Artist Shop
$30 $24


20% OFF
**Vintage Coleco Mary**
Design by Kujo Vintage
$28 $22.40


19% OFF
**Floppy Disc**
Design by Os Frontis
$25 $20


50% OFF
**Video Games**
Design by Aled's Artist Shop
$25 $12.50


19% OFF
**Beer Pong**
Design by mathiole
$30 $24


19% OFF
**Nostalgia Game**
Design by mathiole
$35 $28


50% OFF
**Space Invader**
Design by mathiole
$25 $12.50


50% OFF
**Retro Gaming Squares**
Design by Super Icon's Artist Shop
$25 $12.50


50% OFF
**Woodtastic Atari 2600**
Design by Super Icon's Artist Shop
$25 $12.50


50% OFF
**Atari 2600 Love**
Design by Super Icon's Artist Shop
$25 $12.50


19% OFF
**OG 2600 Always in Control (Joystick)**
Design by 84collective
$30 $24


19% OFF
**Atari Retro Joystick**
Design by ginkkdesign's Artist Shop
$25 $20


50% OFF
**O Jogo**
Design by Red Bug's Artist Shop
$25 $12.50


50% OFF
**Allejo**
Design by Red Bug's Artist Shop
$25 $12.50


19% OFF
**Battletoads**
Design by Red Bug's Artist Shop
$30 $24


19% OFF
**Rodent**
Design by Aled's Artist Shop
$30 $24


50% OFF
**Ghosts' Revenge**
Design by Arigato Designs
$25 $12.50


50% OFF
**Ghost Invaders**
Design by EvilTalkingHam's Artist Shop
$25 $12.50


19% OFF
**Game Over**
Design by The Factory
$25 $20






Page 2
Browse Atari Designs | Threadless
https://www.threadless.com/search/?q=atari&page=2

**SHOP**
Face Masks
Men's
Women's
Kids & Babies
Headwear NEW
Accessories
Art
Home Decor
Gift Cards

**COMMUNITY**
Score Designs
Submit to Design Challenges
Sell Your Art
Forums
Creative Resources
Read our Blog
Listen to our Podcast

**INFO**
About Us
Sustainability
Order Status
Location
Careers
Reviews
Help
Students



Your Happiness, Guaranteed

Artist Shops
The Easiest Way To Sell Art Online

© 2020, a skinnyCorp LLC company. All designs copyright by owner.
Privacy Policy | Terms of Use | Return and Refund Policy

Page 1
FTW | Fine Art Print | Properganda Design
https://www.threadless.com/shop/@properganda/design/ftw/home/framed-fine-art-print?color=black#m





Captured by FireShot Pro: 20 November 2020, 14:16:31
https://getfireshot.com

Page 1
Retro Technology 2.0 | Men's T-Shirt Triblend | Ralph Cifra
https://www.threadless.com/shop/@ralphcifra/design/retro-technology-2-0/mens/t-shirt/triblend?color=blue_triblend#m







Page 1
Flynn's Arcade | Men's T-Shirt Triblend | melonseta's Artist Shop
https://www.threadless.com/shop/@melonseta/design/flynns-arcade/mens/t-shirt/triblend?color=heather_onyx#m






















Page 1
BAtari | Men's T-Shirt Regular | Legojeff's Shop
https://www.threadless.com/shop/@Legojeff/design/batari/mens/t-shirt/regular?color=asphalt#m
















Case 1:20-cv-10379 Document 1-3 Filed 12/09/20 Page 18 of 19










