**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>SKINNYCORP, LLC d/b/a THREADLESS,<br><br>            Defendant. | Civil Action No. 1:20-cv-10379<br><br>**PLAINTIFF ATARI INTERACTIVE, INC.'S RULE 7.1 DISCLOSURE** |

PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1., the undersigned counsel for Plaintiff Atari Interactive, Inc. certifies that the following are its corporate parents, affiliates, and subsidiaries:

- Atari SA (France), parent corporation.

Dated:  December 9, 2020
San Francisco, California.

Respectfully submitted,

**BROWNE GEORGE ROSS**
**O'BRIEN ANNAGUEY & ELLIS LLP**

By: */s/ Joachim B. Steinberg*
    Joachim B. Steinberg
44 Montgomery Street, Suite 1280
San Francisco, California 94104
Tel: (415) 391-7100
Fax: (415) 391-7198
Email: jsteinberg@bgrfirm.com

*Attorney for Plaintiff Atari Interactive, Inc.*

1707740.1